■ Clyde Davison, Appellant, v New York City Transit Authority, Respondent. [928 NYS2d 468]—

The plaintiff was struck by a train and sustained personal injuries, including a fractured clavicle and a fractured scapula. Based upon the evidence presented at the trial, the award of damages for past and future pain and suffering deviated from what would be reasonable compensation to the extent indicated herein (*see* CPLR 5501 [c]).

In light of our determination, we need not reach the plaintiff's alternative contentions. Skelos, J.P., Belen, Hall and Roman, JJ., concur.